Shawn T. Farris, #7194
Farris & Utley, PC
Attorneys for Debtor
2107 West Sunset Blvd, 2nd Floor
St. George, UT 84770
Telephone:     (435) 634-1600
Fax:           (435) 628-9323
email: Farris@FarrisUtley.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Gateway Commercial Center, L.L.C.** | **Bankruptcy No: 11-26892** |
| **Debtor.** | **Judge William T. Thurman** <br> **(Filed Electronically)** |

**ORDER APPROVING FIRST INTERIM APPLICATION OF FARRIS & UTLEY, PC**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL FOR THE DEBTOR**

On the 4th of October, 2012, the hearing was held on the First Interim Application for

Allowance of Compensation and Reimbursement of Expenses as Counsel for the Debtor filed Farris

& Utley, PC, as legal counsel for the Debtor-in-Possession.

This Court, having reviewed this matter, and for good cause appearing, hereby FINDS and

ORDERS as follows:

1.      Adequate notice has been provided for this application and the date and time of hearing.

2.      There have not been any objections filed to this Application for Compensation.

3.      The fees and costs set forth in this Application for Compensation are the actual, necessary

        and reasonable fees and costs incurred in this matter by the Applicant.

4.      This Court hereby orders that compensation be awarded for professional services rendered

        in the amount of $23,336.50, together with reimbursement of expenses in the amount of

$1,991.21, are approved and allowed.

5.      The Debtor be ordered and authorized pursuant to 11 U.S.C. §330 to pay said amounts from the funds held by the Debtor.

****END OF DOCUMENT***